IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

UNITED STATES OF AMERICA

v.

CASE NO.: CR205-09

JONATHAN WILLIAM MOORE
DAVID KENNETH McCOOK

## ORDER

The Court has been advised that all motions filed in this case have been resolved by the parties.

Accordingly, all such resolved motions are hereby **DISMISSED** as moot.

**SO ORDERED**, this 4th day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA

vs.

JONATHAN W. MOORE, ETAL

CASE NO. CR205-9

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

2. That the aforementioned envelope(s) contain a copy of the documents known as ORDER dated 5/4/05, which is part of the official records of this case.

Date of Mailing: 5/4/05
Date of Certificate: 5/4/05

SCOTT L. POFF, CLERK

By: NITA ROSE

NAME:

1. DARRIN MCCULLOUGH / JOE NEWMAN/ FRED KRAMER III
2. JONATHAN WILLIAM MOORE  WAYNE COUNTY JAIL  266 E. WALNUT ST.  JESUP, GA. 31545
3. WILLIAM B. JOHNSON
4. TRACY ALAN BROWN
5. DAVID KENNETH MCCOOK 111 PAULK PARK RD. FITZGERALD, GA. 31525
6. 
7. 

Cert/Copy
- ☐ ☐ District Judge
- ☐ ☒ Magistrate Judge
- ☐ ☐ Minutes
- ☐ ☐ U.S. Probation
- ☐ ☐ U.S. Marshal
- ☐ ☐ U.S. Attorney
- ☐ ☐ JAG Office

Cert/Copy
- ☐ ☐ Dept. of Justice
- ☐ ☐ Dept. of Public Safety
- ☐ ☐ Voter Registrar
- ☐ ☐ U.S. Court of Appeals
- ☐ ☐ Nicole/Debbie
- ☐ ☐ Ray Stalvey
- ☐ ☐ Cindy Reynolds